IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of<br><br>STEPHENSON, JAMES K.<br>STEPHENSON, DONNA M.,<br><br>            Debtors. | Case No. 07-30166<br>Chapter 7 |

## NOTICE OF UNCLAIMED FUNDS

Trustee, Jacqueline Sells Homann, submits her Notice of Unclaimed Funds with regard to Proof of Claim No. 1 as follows:

| | |
|---|---|
| Vanderbilt Mortgage and Finance<br>500 Alcoatrail<br>Maryville, TN 37804 | $734.01 |

Dated: March 30, 2011              Respectfully submitted,

                                        /s/Jacqueline Sells Homann
                                        Jacqueline Sells Homann
                                        Jones Obenchain, LLP
                                        600 KeyBank Building
                                        202 South Michigan Street
                                        Post Office Box 4577
                                        South Bend, Indiana 46634
                                        Telephone:  (574) 233-1194
                                        Facsimile:  (574) 233-8957
                                        Email:      jshtrustee@jonesobenchain.com

2

## Certificate Of Service

I hereby certify that on the 30th day of March 2011, a true and correct copy of the above and foregoing Notice of Unclaimed Funds was served as follows:

| | |
|---|---|
| June E. Bules | United States Trustee |
| jebules@embarqmail.com | ustpregion10.so.ecf@usdoj.gov |

           /s/ Jacqueline Sells Homann
           Jacqueline Sells Homann